**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THOMAS J. MAULSON,

Plaintiff,

v. Case No. 25-cv-00638-wmc

WILL TAEGE,

Defendant.

---

## PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

---

The Plaintiff, Thomas J. Maulson, by his attorneys Lawton & Cates, S.C. by Attorneys Dixon R. Gahnz and David M. Stegall, submit the following Rule 26(a)(3) disclosures, motions in limine, proposed voir dire questions, proposed jury instructions, and proposed special verdict.

**Names of Witnesses Plaintiff is Likely to Call:**

1. Nathan Nuszkiewicz
2. Thomas Maulson
3. Rachel Maulson
4. Brian Pitlik
5. William Duggan
6. David Bartlett MD
7. Emily Veith
8. Logan Kelly
9. Craig Felty

**Names of Witnesses Plaintiff May Call:**

1. Jeffrey Rossow, MD

**Deposition Testimony**

- **Deposition of Will Taege**
  - 11:20–25
  - 28:5–15
  - 32:12–25
  - 33:13–25

  - 35:17–25
  - 38:4–6
  - 39:16–40:3
  - 41:7–15
  - 45:14–16
  - 51:8–14
  - 87:5–17
  - 106 lines 3-25-107:14
  - 108:6–10
  - 112:16–24
  - 117:2–13
  - 141:11–142:4
  - 146:19–147:1
- It is plaintiff's intention to play these parts of Mr. Taege's video deposition and the plaintiff is identifying them here to avoid unnecessary interruptions during the playing of the video.

**Exhibit List/Motions In Limine/Proposed Additional Voir Dire Questions/Proposed Jury Instructions and Proposed Special Verdict.**

- Plaintiff's Exhibit List will be filed as a separate document on today's date.
- Plaintiff's Motions in Limine will be filed as a separate document on today's date.
- Plaintiff's Additional Voir Dire Questions will be filed as a separate document on today's date.
- Plaintiff's Proposed Jury Instructions and Proposed Special Verdict will be filed as separate documents on today's date.

**Plaintiff's Experts**

**David Bartlett, M.D.** Dr. Bartlett is a board certified orthopedic surgeon with 35 years of clinical experience. Dr. Bartlett's subspecialty is arthroscopic knee surgery and total knee replacements. Dr. Bartlett graduated from the University of Wisconsin Medical School and obtained additional orthopedic training at Washington University. Dr. Bartlett has written extensively about arthroscopic knee surgeries as well as total knee replacement surgery.

**William Duggan**. Mr. Duggan is an expert in the area of police practices. He is currently the chief of police in Prior Lake Minnesota. Prior to becoming chief of police, Mr. Duggan was a sergeant on the St. Paul police department and a patrol office in Burnsville Minnesota. Mr. Duggan is a member of the International Association of Chiefs of Police and an instructor for the International Law Enforcement Educators and Trainers Association. Mr. Duggan has been in law enforcement for 28 years.

**Logan Kelly, Ph.D.** Dr. Kelly is a full professor of economics at the University of Wisconsin-River Falls, where he currently serves as chair of the Department of Economics. He earned his Ph.D. in economics, with specializations in macroeconomics and applied econometrics, from the University of Kansas, and began his academic career at Bryant University before joining the

University of Wisconsin-River Falls faculty. Since 2013, Dr. Kelly has worked as a forensic economist through Kelly Economics, LLC, providing damages and present-value analyses in personal injury and other civil matters in state and federal courts. He has published numerous articles in peer-reviewed economics journals and has contributed chapters to academic books.

**Emily Veith**. Ms. Veith is a certified vocational and vocational rehabilitation consultant. She has a masters degree from the University of Wisconsin Madison in Rehabilitation psychology. Ms. Veith is a member of the International Association of Rehabilitation Professionals and has published in the Rehabilitation Professional.

**Craig Felty**. Nurse Felty is a life care planner and medical cost projectionist. He received his bachelor's degree in nursing from the University of Chicago Medical Center and a masters of business administration from Western Governor's University. Nurse Felty is a member of the American Association of Nurse Life Care Planners and the American College of Healthcare Executives.

Dated: This 7th day of August, 2026.

LAWTONCATES S.C.

_*Electronically signed by Dixon R. Gahnz*____
Dixon R. Gahnz
Wisconsin Bar No. 1024367

_*Electronically signed by David M. Stegall*___
David M. Stegall
Wisconsin Bar No. 1059551

1050 E. Washington Avenue, Suite 330
Madison, Wisconsin 53703
(608) 282-6200
dgahnz@lawtoncates.com
dstegall@lawtoncates.com