# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THOMAS J. MAULSON,

Plaintiff,

v. Case No. 25-cv-638-wmc

WILL TAEGE,

Defendant.

---

**DEFENDANT'S DAMAGES EXPERT DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(2)**

---

Defendant, Will Taege, provides the following disclosure of damages expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2).

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Taege identifies the following witness who he may use at trial to present evidence pursuant to Fed. R. Evid. 702, 703, and 705:

James W. Stone, MD
3111 W. Rawson Avenue, Suite 200
Franklin, Wisconsin 53132
(414) 732-5570

The written report of Dr. Stone is attached hereto as Exhibit A. The curriculum vitae for Dr. Stone, which includes his publications during the last ten years, is attached hereto as Exhibit B. The fee schedule for Dr. Stone is attached hereto as Exhibit C. Dr. Stone has not testified as an expert witness either at deposition or in trial during the last four years.

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Taege identifies the following additional witnesses who he may use at trial to present evidence pursuant to Fed. R. Evid. 702, 703,

and 705 but who have not been retained or specifically employed to provide expert testimony:

Shane Brahm, MD
Aspirus Howard Young Medical Center - Radiology
240 Maple Street
Woodruff, Wisconsin 54568
(715) 356-8000

John Filz, PA-C
Peter Christensen Health Center
129 Old Abe Road
Lac du Flambeau, Wisconsin 54538
(715) 588-3371

Aaron A. Gustrom, PT
Marshfield Medical Center - Minocqua
9576 Highway 70
Minocqua, Wisconsin 54548
(715) 358-1710

Young S. Kim, DO
Marshfield Medical Center - Minocqua
9576 Highway 70
Minocqua, Wisconsin 54548
(715) 358-1710

Susan Mitchler, PA
Marshfield Medical Center - Minocqua
9576 Highway 70
Minocqua, Wisconsin 54548
(715) 358-1710

Jeffrey K. Rossow, MD
Marshfield Medical Center - Minocqua
9576 Highway 70
Minocqua, Wisconsin 54548
(715) 358-1710

Nathan L. Shefveland, MD
Aspirus Rhinelander Hospital Emergency Department
2251 N. Shore Drive
Rhinelander, Wisconsin 54501
(715) 361-2000

The foregoing witnesses identified pursuant to Fed. R. Civ. P. 26(a)(2)(C) were treating providers of Thomas Maulson who, if called, would be expected to testify as to the medical care and treatment they provided to Mr. Maulson and any opinions they hold with respect to their care and treatment of Mr. Maulson consistent with the records of said care and treatment as previously disclosed in discovery in this action.

Taege also reserves the right to call as witnesses who may be used to present evidence pursuant to Fed. R. Evid. 702, 703, and 705 any of the damages witnesses disclosed by plaintiff pursuant to Fed. R. Civ. P. 26(a)(2) and to examine any such witnesses as to their expert opinions, and he further reserves the right to supplement these disclosures as necessary based on further discovery in this matter.

Dated at Milwaukee, Wisconsin this 10th day of July, 2026.

**HANSEN REYNOLDS LLC**

*/s/ Andrew A. Jones*
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com

*Attorneys for Defendant*