**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THOMAS J. MAULSON,

Plaintiff,

v. Case No. 25-cv-638-wmc

WILL TAEGE,

Defendant.

---

**DEFENDANT'S RULE 26(a)(3) DISCLOSURES**

---

Defendant, Will Taege, submits the following disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

**WITNESSES**
**(Rule 26(a)(3)(A)(i))**

**Will Call**

1. Will Taege

2. Dennis Angle (*see* Exhibit 1 for a narrative statement of the background and experience of this retained expert witness)

**May Call**

3. Michael Bedish

4. Andrew Berg

5. Matthew Bettner

6. Katherine Bieschke

7. Shane Brahm, M.D.

8. Carlie Conley

9. John Filz, PA-C

10. Aaron A. Gustrom, PT

11. Young S. Kim, DO

12. Cole Lehman

13. Rachel Maulson

14. Thomas Maulson

15. Susan Mitchler, PA

16. Nathan Nuszkiewicz

17. Jeffrey K. Rossow, MD

18. Nathan L. Shefvland, MD

19. Hayden Smith

20. James W. Stone, M.D. (see Exhibit 1 a narrative statement of the background and experience of this retained expert witness)

21. Thomas Williams

Taege reserves the right to also call any witness identified by plaintiff in his Rule 26(a)(3) disclosures.

**WITNESSES TO BE PRESENTED BY DEPOSITION**
**(Rule 26(a)(3)(A)(ii))**

Taege does not intend to present the testimony of any witness by deposition.

**EXHIBITS**
**(Rule 26(a)(3)(A)(iii))**

**Will Introduce**

501. Taege Squad Camera Recording (Front)

**May Introduce**

502. Still Frame Images from Taege Squad Camera Recording (Front)

503. Taege Squad Camera Recording (Rear)

504. Smith Squad Camera Recording

505. Call for Service Detail Report

506. Case Summary Report

507. Incident Report

508. Taege Supplemental Report

509. Bedish Supplemental Report

510. Smith Supplemental Report

511. Rachel Maulson Video Recording

512. Nathan Nuszkiewicz Video Recording (video000000 4)

513. Walmart Security Camera Video Recording

514. Oneida County Sheriff's Office Use of Force Policy

515. Defensive and Arrest Tactics (DAAT) Training Guide (June 2017)

516. DAAT Training Guide (December 2021)

517. DAAT Training Guide (June 2023)

518. DAAT Instructor Manual (June 2017)

519. Professional Communication Skills Guide (December 2020)

520. Aspirus Health Medical Records

521. Bozeman Health Deaconess Regional Medical Center Medical Records

522. Marshfield Clinic Health System Medical Records

523. Peter Christiansen Health Center Medical Records

524. Photo of Thomas Maulson (IMG 0553)

525. Photo of Thomas Maulson (IMG 0554)

526. Photo of Thomas Maulson (IMG 0555)

527. Photo of Thomas Maulson (IMG 0556)

528. Photo of Thomas Maulson (IMG 0557)

529. Photo of Thomas Maulson (IMG 0558)

530. Photo of Thomas Maulson (IMG 1202)

531. Curriculum Vitae of Dennis Angle

532. Expert Report of Dennis Angle

533. Curriculum Vitae of James W. Stone, MD

534. Expert Report of James W. Stone, MD

A trial exhibit form listing these exhibits is attached as Exhibit 2.

Taege reserves the right to also offer any exhibit identified by plaintiff in his Rule 26(a)(3) disclosures.

Dated at Milwaukee, Wisconsin this 7th day of August, 2026.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
John W. McCauley
301 North Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com
jmccauley@hansenreynolds.com

*Attorneys for Defendant Will Taege*