# EXHIBIT 1

**BACKGROUND AND QUALIFICTIONS OF DENNIS J. ANGLE**

Dennis J. Angle was certified as a law enforcement officer in Wisconsin between 1993 and 2025. He previously served as the deputy chief of the City of Waukesha Police Department, where he was employed from 1995 to 2022, and he has been employed by the Milwaukee Brewers baseball club as the director of security since 2022. He holds a Bachelor of Science degree from the University of Wisconsin-Milwaukee in criminal justice and a Master of Science degree from Concordia University of Wisconsin in organizational leadership and administration. He has completed additional police leadership training through Northwestern University and the Federal Bureau of Investigation's Law Enforcement Executive Development Association.

Angle has been a consultant and trainer for the Wisconsin Department of Justice Law Enforcement Standards Bureau (LESB) since 2002. Through the LESB, he has served as a lead or master instructor regarding use of force principles and techniques in Wisconsin, and he has helped to develop and update those training standards. He has taught use of force principles and techniques approved by the LESB to police recruits at Waukesha County Technical College since 1997. In 2021, he served as a use of force expert on a Wisconsin legislative task force created to develop recommendations for state legislators on policing.

**BACKGROUND AND QUALIFICATIONS OF JAMES W. STONE, M.D.**

James W. Stone, M.D., is a licensed, board-certified orthopedic surgeon who has been in private practice in Milwaukee since 1989. Stone obtained his medical degree from Harvard Medical School in 1982, and he completed his orthopedic surgery residency at Barnes Hospital, Washington University in St. Louis in 1988. He then completed a sports medicine fellowship at Massachusetts General Hospital, Harvard Medical School in 1989. He is a diplomate of the American Board of Orthopedic Surgery and is also board certified in orthopedic sports medicine, a credential held by less than 10 percent of board certified orthopedic surgeons. He is the author or co-author of numerous book chapters and peer reviewed scientific publications on orthopedic surgery, he has frequently instructed other orthopedic surgeons on advanced arthroscopic surgical skills, and he has lectured extensively at meetings of orthopedic surgeons both in the United States and globally. He was chosen by his peers to lead the largest orthopedic subspecialty society in the United States, the Arthroscopy Association of North America (AANA), from 2022 through 2023.