# EXHIBIT 2

**EXHIBIT FORM**

| EXHIBIT (S) OF | |
|---|---|
| Defendant Will Taege<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br>V. Case No. 25-cv-638-wmc<br>Will Taege |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | | | **Will Introduce** | |
| | 501 | | Taege Squad Camera Recording (Front) | |
| | | | **May Introduce** | |
| | 502 | | Still Frame Images from Taege Squad Camera Recording (Front) | |
| | 503 | | Taege Squad Camera Recording (Rear) | |
| | 504 | | Smith Squad Camera Recording | |
| | 505 | | Call for Service Detail Report | |
| | 506 | | Case Summary Report | |
| | 507 | | Incident Report | |
| | 508 | | Taege Supplemental Report | |
| | 509 | | Bedish Supplemental Report | |
| | 510 | | Smith Supplemental Report | |
| | 511 | | Rachel Maulson Video Recording | |
| | 512 | | Nathan Nuszkiewicz Video Recording (video000000 4) | |
| | 513 | | Walmart Security Camera Video Recording | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 514 | | Oneida County Sheriff's Office Use of Force Policy | |
| | 515 | | Defensive and Arrest Tactics (DAAT) Training Guide (June 2017) | |
| | 516 | | DAAT Training Guide (December 2021) | |
| | 517 | | DAAT Training Guide (June 2023) | |
| | 518 | | DAAT Instructor Manual (June 2017) | |
| | 519 | | Professional Communication Skills Guide (December 2020) | |
| | 520 | | Aspirus Health Medical Records | |
| | 521 | | Bozeman Health Deaconess Regional Medical Center Medical Records | |
| | 522 | | Marshfield Clinic Health System Medical Records | |
| | 523 | | Peter Christiansen Health Center Medical Records | |
| | 524 | | Photo of Thomas Maulson (IMG 0553) | |
| | 525 | | Photo of Thomas Maulson (IMG 0554) | |
| | 526 | | Photo of Thomas Maulson (IMG 0555) | |
| | 527 | | Photo of Thomas Maulson (IMG 0556) | |
| | 528 | | Photo of Thomas Maulson (IMG 0557) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 529 | | Photo of Thomas Maulson (IMG 0558) | |
| | 530 | | Photo of Thomas Maulson (IMG 1202) | |
| | 531 | | Curriculum Vitae of Dennis Angle | |
| | 532 | | Expert Report of Dennis Angle | |
| | 533 | | Curriculum Vitae of James W. Stone, MD | |
| | 534 | | Expert Report of James W. Stone, MD | |