**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THOMAS J. MAULSON,

Plaintiff,

v. Case No. 25-cv-638-wmc

WILL TAEGE,

Defendant.

---

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORMS**

---

Defendant, Will Taege, submits the following proposed special verdict forms for the liability and damages phases of the trial in this matter.

Taege notes that the proposed special verdict form for the liability phase of the trial includes special interrogatories for the jury to answer should they find liability on Taege's part. The proposed special interrogatories address Taege's qualified immunity defense and are intended to aid this Court in resolving the defense should the jury find that Taege violated the Fourth Amendment by using excessive force in effecting the arrest of plaintiff. As the Seventh Circuit has noted:

> The question of a defendant's qualified immunity is a question of law for the court, not a jury question. When the issue of qualified immunity remains unresolved at the time of trial, as was the case here, the district court may properly use special interrogatories to allow the jury to determine disputed issues of fact upon which the court can base its legal determination of qualified immunity.

*Warlick v. Cross*, 969 F.2d 303, 305-06 (7th Cir. 1992) (citations omitted); *see also Steinhoff v. Malovrh*, 170 F.4th 647, 654 (7th Cir. 2026); *Taylor v. City of Milford*, 10 F.4th 800, 812 (7th Cir. 2021); *Smith v. Finkley*, 10 F.4th 725, 749-50 (7th Cir. 2021).

Taege reserves the right to amend or supplement these proposed special verdict forms in response to developments before or during trial.

Dated at Milwaukee, Wisconsin this 7th day of August, 2026.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
John W. McCauley
301 North Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com
jmccauley@hansenreynolds.com

*Attorneys for Defendant Will Taege*

## SPECIAL VERDICT – LIABILITY

We, the jury, unanimously find the following by a preponderance of the evidence:

**Question No. 1:**

**Did Will Taege violate Thomas Maulson's Fourth Amendment rights by using unreasonable force during his encounter with Maulson?**

Answer:

Yes ______ No ______

IF YOU ANSWERED "YES" TO QUESTION NO. 1, PROCEED TO ANSWER THE FOLLOWING THREE SPECIAL INTERROGATORIES. IF YOU ANSWERED "NO" TO QUESTION NO. 1, STOP AND SIGN, DATE, AND RETURN THIS VERDICT FORM.

### Special Interrogatories

**Special Interrogatory No. 1:**

**Did Taege intentionally take Maulson down to the ground?**

Answer:

Yes ______ No ______

**Special Interrogatory No. 2:**

**Before Maulson went to the ground, could an officer in Taege's position reasonably have believed that Maulson was resisting?**

Answer:

Yes ______ No ______

**Special Interrogatory No. 3:**

**Before Maulson went to the ground, could an officer in Taege's position reasonably have believed that Maulson posed a threat?**

Answer:

Yes ______ No ______

REGARDLESS OF HOW YOU ANSWERED SPECIAL INTERROGATORY NOS. 1, 2, AND 3, PLEASE SIGN, DATE, AND RETURN THIS VERDICT FORM.

SO SAY WE ALL, this ___ day of September, 2026.

____________________
Presiding Juror

**SPECIAL VERDICT – DAMAGES**

We, the jury, unanimously find the following by a preponderance of the evidence:

**Question No. 1:**

**Please state the amount that will fairly compensate Thomas Maulson for any injury he actually sustained as a result of Will Taege's use of unreasonable force.**

Answer: $ ____________ (Fill in Dollar Figure)

REGARDLESS OF HOW YOU ANSWERED QUESTION NO. 1, PROCEED TO ANSWER QUESTION NO. 2(a).

**Question No. 2(a):**

**Did Will Taege act maliciously or in reckless disregard of Thomas Maulson's rights in subjecting him to unreasonable force?**

Answer:

Yes ______ No ______

IF YOU ANSWERED "YES" TO QUESTION NO. 2(a), PROCEED TO ANSWER QUESTION NO. 2(b). IF YOU ANSWERED "NO" TO QUESTION NO. 2(a), STOP AND SIGN, DATE, AND RETURN THIS VERDICT FORM.

**Question No. (2)(b):**

**Do you award punitive damages against Will Taege?**

Answer:

Yes ______ No ______

If yes, in what amount?

Answer: $ ____________ (Fill in Dollar Figure)

REGARDLESS OF HOW YOU ANSWERED QUESTION NO. 2(b), SIGN, DATE, AND RETURN THIS VERDICT FORM.

SO SAY WE ALL, this ____ day of September, 2026.

______________________
Presiding Juror