IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS J. MAULSON,

Plaintiff,

v. Case No. 25-cv-638-wmc

WILL TAEGE

Defendant.

**DECLARATION OF THOMAS J. MAULSON**

I, Thomas J. Maulson, declare as follows:

1. I am the Plaintiff in the above-captioned action. I make this declaration based on my personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. As a result of the March 30, 2024 incident giving rise to this lawsuit, I sustained a right knee injury, including a medial meniscus tear, for which Dr. Jeffrey Rossow performed surgery.

3. I have been advised by my treating providers that I require a total knee replacement of my right knee as a result of the injury from this incident.

4. I underwent that surgery on August 18, 2026, and I am currently recovering.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of August, 2026.

Thomas Maulson
Thomas J. Maulson