# EXHIBIT 1

# EXHIBITS

| EXHIBIT(S) OF<br><br>Plaintiff Thomas J. Maulson<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br><br>V. Case No.25-cv-000638-wmc<br><br>Will Taege |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 1 | Request to Admit | Medical bills - Aspirus (ASPIRUS0094-ASPIRUS0102) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues (Rule 403) (As to portions) |
| | 2 | Request to Admit | Medical bills - Marshfield Clinic Health System (MARSHFIELDBILLS0001-0043) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues (Rule 403) (As to portions) |
| | 3 | Request to Admit | Peter Christensen Health Center Medical bills (PCHSBILLS0005-0013) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues (Rule 403) (As to portions) |
| | 4 | Request to Admit | Aspirus Health - Medical records (ASPIRUS0001-0102) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |
| | 5 | Request to Admit | Marshfield Clinic Health System Medical records (MARSHFIELD0001-0569) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |
| | 6 | Request to Admit | Peter Christensen Health Center Medical records (PCHC00001-01682) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |

# EXHIBITS

| EXHIBIT(S) OF | |
|---|---|
| Plaintiff Thomas J. Maulson<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br>V. Case No.25-cv-000638-wmc<br>Will Taege |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 7 | Request to Admit | Peter Christensen Health Center Medical records (PCHC01683-1742) | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |
| | 8 | Request to Admit | Imaging CD from Aspirus certified on September 16, 2025 | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |
| | 9 | Request to Admit | Imaging CD from Marshfield Clinic Health System certified on September 12, 2025 | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403) (As to portions) |
| | 10 | Bartlett | Expert report of Dr. David H. Bartlett dated 9/21/2025 | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 11 | Bartlett | Supplemental report of Dr. David H. Bartlett regarding costs dated March 24, 2026 | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 12 | Bartlett | Supplemental report of Dr. David H. Bartlett regarding costs dated April 24, 2026 | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 13 | Bartlett | Professional Resume of Dr. David H. Bartlett | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 14 | Duggan | Expert report of William Duggan | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 15 | Duggan | Angle Deposition Exhibit 5 – Image Frame Sequence | |
| | | | | |

# EXHIBITS

| EXHIBIT(S) OF | |
|---|---|
| Plaintiff Thomas J. Maulson<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br>V. Case No.25-cv-000638-wmc<br>Will Taege |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 16 | Duggan | William Duggan CV | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 17 | Veith | Expert Report of Emily Veith | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 18 | Veith | DOT Operating Engineer job description | Relevance (Rules 401-02); Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 19 | Veith | Emily Veith CV | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 20 | Kelly | Expert Report of Logan Kelly | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 21 | Kelly | Logan Kelly CV | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 22 | Felty | Felty Report – Medical Cost Projection for Primary Right Knee Arthroplasty | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 23 | Felty | Felty Report – Medical Needs Projection for Right Knee Arthroplasty Revision | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 24 | Felty | Craig Felty CV | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 25 | Maulson | Taege Squad Video | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# EXHIBITS

| EXHIBIT(S) OF | |
|---|---|
| Plaintiff Thomas J. Maulson<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br>V. Case No.25-cv-000638-wmc<br>Will Taege |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 26 | Maulson | Taege Deposition Ex. 1 – Motion Hearing Transcript 6/28/2024 | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues, Cumulative (Rule 403); Hearsay (801-02) (As to portions) |
| | 27 | Duggan | Taege Deposition Ex. 5 – 3/31/24 Taege's Supplemental Report | Cumulative (Rule 403); Hearsay (Rules 801-02) |
| | 28 | Duggan | Taege Deposition Ex. 14 – Oneida County Use of Force Policy | Relevance (Rules 401-02); Misleading, Confusion of Issues (Rule 403) |
| | 29 | Duggan | Taege Deposition Ex. 15 – Oneida County Rules and Regulations Policy | Relevance (Rules 401-02); Misleading, Confusion of Issues (Rule 403) |
| | 30 | Duggan | Taege Deposition Ex. 18 – 2017 Defensive and Arrest Tactics Manual | Relevance (Rules 401-02); Misleading, Confusion of Issues (Rule 403); Hearsay (Rules 801-02) |
| | 31 | Rachel Maulson | Rachel Maulson Video of incident | Relevance (Rules 401-02); Unfair Prejudice, Misleading, Confusion of Issues (Rule 403) (As to portions) |
| | 32 | Thomas Maulson | Photo 0548 – provided on 6/18/26 as supplemental Rule 26 | Unfair Prejudice, Cumulative (Rule 403) |
| | 33 | Thomas Maulson | Photo 0554 provided on 6/18/26 as supplemental Rule 26 | |
| | | | | |

# EXHIBITS

| EXHIBIT(S) OF | |
|---|---|
| Plaintiff Thomas J. Maulson<br>(Indicate plaintiff or defendant) | Thomas J. Maulson<br>V. Case No.25-cv-000638-wmc<br>Will Taege |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 34 | Thomas Maulson | Photo 0555 provided on 6/18/26 as supplemental Rule 26 | |
| | 35 | Thomas Maulson | Photo 0560 provided on 6/18/26 as supplemental Rule 26 | |
| | 36 | Thomas Maulson | Photo 0568 provided on 6/18/26 as supplemental Rule 26 | |
| | 37 | Thomas Maulson | Walmart Footage | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |