LawtonCates S.C.
Attorneys at Law

**Madison Office**
1050 E. Washington Avenue, Suite 330
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200 F: 608.975.2662

**Jefferson Office**
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549-1636
P: 920.674.4567 F: 920.674.4726

**dgahnz@lawtoncates.com**

August 27, 2026

The Honorable William M. Conley
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

**Re:** ***Maulson v. Taege***
**Case No. 25-cv-638-wmc**

Dear Judge Conley:

I write to advise the Court that the Parties have reached a settlement resolving all claims in this matter. Given the settlement, the Parties request that the Court remove all remaining dates from the court calendar, including the trial currently scheduled to begin September 14, and all associated pretrial deadlines and conferences.

The Parties will file a stipulation and proposed order of dismissal in the near future.

Respectfully-

LawtonCates S.C.

*Electronically signed by Dixon R. Gahnz*
Dixon R. Gahnz